Mrs. Francesca Montenegro
Zerbe, Miller, Fingeret, Frank & Jadav, LLP
3009 Post Oak Blvd., Suite 1700
Houston, Texas 77056
CA State Bar No. 257589
(713) 350-3523 - Phone
(713) 350-3607 - Facsimile
FMontenegro@ZMFLaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. HARPER & KATHERINE M. HARPER,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No.: **'18CV2110 DMS JMA**<br><br>**ORIGINAL COMPLAINT** |

COMES NOW, JEFFREY A. HARPER AND KATHERINE HARPER, (hereinafter referred to collectively as the "Taxpayer") by and through the undersigned counsel, and file this Original Complaint against the United States of America, alleging as follows:

## Taxpayers Information

1. JEFFREY A. HARPER AND KATHERINE HARPER are taxpayers with a home address of 14130 Biscayne Place, Poway, California 92064-6640. Currently,

Jeffrey Harper is the sole shareholder of all issued and outstanding stock of HCC. HCC is a corporation organized under the laws of the State of California, which has its principal office and mailing address of 2241 Kettner Blvd., Suite 300, San Diego, California 92101-1769. The returns for the periods involved were filed with the Office of the Internal Revenue Service in Fresno, California.

2.  Defendant is the United States of America (hereinafter sometimes referred to as "Defendant" or "Government") and may be served by mailing two copies of this Original Complaint by certified mail to Adam L. Braverman, United States Attorney for the Southern District of California, at 880 Front Street, Room 6293, San Diego, California 92101-8893, and further mailing two copies of this Original Complaint by certified mail to the Honorable Jeff Sessions, Attorney General of the United States, 950 Pennsylvania Ave, NW, Washington, D.C. 20530-0001.

## Jurisdiction and Venue

3.  This is a civil action against the United States for a refund of amounts paid to the Internal Revenue Service under 26 United States Code §7422.

4.  This Honorable Court has jurisdiction pursuant to 28 United States Code §§ 1340 and 1346. Furthermore, venue is proper under 28 United States Code § 1402.

5.     The original tax, returns for years ending December 31, 2008 and December 31, 2010 were timely filed through amended returns with the Fresno, California Service Center.  Suit is timely filed prior to September 12, 2018, which is two years from the notice of disallowance that was sent certified mail.  *See* Ex. A.

## **Background Facts**

6.     This is an action arising under Internal Revenue Code of 1986, as amended and codified in Title 26 of the United States Code, for recovery of $328,578 in federal income taxes paid by Jeffrey and Katherine Harper and collected by Defendant for their Tax Year ending December 31, 2008 and $417,434 in federal income taxes paid by Jeffrey and Katherine Harper and collected from by Defendant for their Tax Year ending December 31, 2010.

7.     HCC is a full service design builder and general contractor specializing in military design build projects.

8.     HCC is a leader in residential, commercial and industrial projects, and recognized as a leader in creating innovative E-design and budget solutions to challenging projects.

9.     The predominant research and development activities conducted by HCC during the years at issue involved constructability design improvements for complex engineering projects.

10.   During the tax years ending December 31, 2008 and December 31, 2010, HCC, in the carrying out of its business, engaged in qualified research activities for the development of new and improved business components.

11. HCC's development of new and improved business components was intended to improve the performance, reliability, or quality of business components, or to provide a new or improved function.

12. During HCC's development of each business component, substantially all of the involved activities and constituted a process of experimentation.

13. At the outset of each research and development project, HCC experienced uncertainty as to the appropriate design of said business component, and/or the capability or method of developing the desired business component.

14.   During HCC's development of each business component, HCC utilized a systematic methodology to evaluate alternative designs or methods and to resolve uncertainties and technical challenges.

15.   HCC's process of experimentation undertaken during its research and development, was based upon the principles of engineering, which is objectively a core natural and physical science.

16. HCC's in-house research expenses incurred during the development of business components included wages paid to employees for qualified activities and services performed.

17. HCC claimed a credit for increasing research activities pursuant to IRC §41 on an amended or original tax return for Tax Years ending December 31, 2008 and December 31, 2010.

18. In computing research credits, HCC correctly applied and followed the definitions and instructions of IRC § 41 and applicable Treasury Regulations.

19. HCC identified qualified research expenses incurred in connection with qualified research activities for the Tax Years ending December 31, 2008 and December 31, 2010.

20. As a result of HCC's qualified research expenses incurred, HCC is entitled to a Research Credit, as identified, in the amount of $437,632 and $388,325 for the Tax Years ending December 31, 2008 and December 31, 2010, respectively.

21. The I.R.S. reviewed the matter and on September 12, 2016, issued notice via certified mail that HCC's claim for the research and development tax credit for the tax years ending December 31, 2008 and December 31, 2010 would be disallowed in full.

22. The I.R.S. fully disallowed $437,632 in research and development tax credits for the tax year ending December 31, 2008 and fully disallowed $388,325 in research and development tax credits for the tax year ending December 31, 2010. The full disallowance of the credit for increasing research activities resulted in the disallowance of Jeffrey and Katherine's refund claims. A true and correct copy of the disallowance is attached as "Exhibit A".

22. The Government's disallowance of HCC's tax credit was in error for the following reasons:

    A. HCC incurred substantial qualified research expenses for the tax years ending December 31, 2008 and December 31, 2010, for which the law provided a tax credit.

    B. Defendant erred in its interpretation and application of the Internal Revenue Code requirements for the Taxpayer to properly claim the research and development tax credit;

    C. Defendant erred in completely disallowing Petitioner's research and development tax credit for tax years ending December 31, 2008 and December 31, 2010; and

D. Defendant erred in improperly calculating the research and development tax credit for tax years ending December 31, 2008 and December 31, 2010.

## Damages Sought

23. Jeffrey and Katherine Harper are entitled to the full amount of the claimed tax refund of $328,578 for the tax year ending December 31, 2008 and $417,434 for the tax year ending December 31, 2010, as well as any refund, as a result of additional research and development expenses or wages that are identified, to which the Taxpayer is entitled plus interest.

24. Jeffrey and Katherine Harper are further entitled to the maximum interest allowed for recovery under the applicable tax laws.

25. Jeffrey and Katherine Harper are further entitled to all recoverable costs of court.

## Prayer for Relief

WHEREFORE, the Taxpayer prays that this Honorable Court hear this proceeding, and sign a final judgment as follows:

(1) finding and ordering that the Government's full disallowance determined for tax years ending December 31, 2008 and December 31, 2010 are erroneous;

(2) finding that Jeffrey and Katherine Harper are entitled to the full amount of the claimed refund of $328,578 for the tax year ending December 31, and $417,434 for the tax year ending December 31, 2010; or, in the alternative, the appropriate refund after the proper amount of the research and development credit to which the Taxpayer is entitled is determined;

(3) finding that Jeffrey and Katherine Harper are further entitled to the maximum interest recoverable under the applicable tax laws;

(4) finding that Jeffrey and Katherine Harper are entitled to its recoverable costs of court; and

(5) granting such other relief to the Taxpayers as this Court may deem proper.

DATED: September 11, 2018

**ZERBE, MILLER, FINGERET, FRANK & JADAV**

*s/Francesca Montenegro*
**Francesca Montenegro**

CA State Bar No. 257589

3009 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Tel:   (713) 350-3523
Fax:  (713) 350-3607
FMontenegro@ZMFLaw.com

ATTORNEY FOR PLAINTIFFS